UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE LOCAL 7 TILE
INDUSTRY WELFARE FUND, et al.,

                Plaintiff,

- against -

STAR CONSTRUCTION & MARBLE
GRANITE,

                Defendant.
-----------------------------------------------------------X

**JUDGMENT**
10-CV-1882 (RRM) (VMS)

     A Memorandum and Order of the undersigned having been issued this day granting plaintiffs' motion for a default judgment and directing the Clerk of Court to enter judgment in the amount of $4,459.50 in favor of plaintiff as against defendant for attorneys' fees and costs, and further directing the Clerk of Court to close this case, it is hereby

     ORDERED ADJUDGED AND DECREED that plaintiffs take $4,459.50 from defendant; and that this case is hereby closed.

Dated: Brooklyn, New York
         March 31, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge